AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## *Eastern District of Arkansas*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 19 2001

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

SALEM WATER USERS ASSOCIATION

v.

CITY OF BENTON, CITY OF BRYANT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:00CV00639 GH
4:00CV00664 GH

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered for plaintiff and against defendant City of Benton in the amount of $42,795.00 and against the City of Bryant in the amount of $42,200.00

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 9/20/01 BY _____

| | |
|---|---|
| September 19, 2001 | James W. McCormack |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |